**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

| | | |
|---|---|---|
| **ATLANTIC CASUALTY INSURANCE COMPANY,** | § § § | |
| **Plaintiff,** | § § | |
| VS. | § | CIVIL ACTION NO. 1:10-cv-01831-RPM |
| | § | |
| **DARYL BYERLY,** **ADVANCE CONSTRUCTION AND ROOFING, INC.** **and DAVID JEFFERY DAHL,** | § § § § § | |
| **Defendants.** | § | |

**ORDER GRANTING ATLANTIC CASUALTY INSURANCE COMPANY'S**
**MOTION FOR SUBSTITUTED SERVICE**

Upon consideration of Plaintiff Atlantic Casualty Insurance Company's Motion for Substituted Service [10], filed on November 2, 2010, it is

ORDERED, that Atlantic Casualty Insurance Company's Motion for Substituted Service is granted in its entirety, and that Atlantic Casualty is authorized to deliver service to Mr. Vincent Byerly and Mr. Stettner, who have been deemed appropriate for service. It is

FURTHER ORDERED, that the process be mailed to Mr. Vincent Byerly and Mr. Stettner at the addresses set forth in the motion on or before the date of delivery, November 27, 2010. It is

FURTHER ORDERED, that service shall be deemed complete on the date of delivery to Mr. Vincent Byerly and Mr. Stettner. It is

FURTHER ORDERED, that Atlantic Casualty properly complied with its duties regarding service of Byerly and Advance pursuant to the Federal Rules of Civil Procedure.

Signed this 3rd day of November, 2010.

s/Richard P. Matsch

_____
RICHARD P. MATSCH
U.S. DISTRICT JUDGE