**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

| | | |
|---|---|---|
| **ATLANTIC CASUALTY INSURANCE COMPANY,** | § § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 1:10-cv-01831-RPM |
| **DARYL BYERLY, ADVANCE CONSTRUCTION AND ROOFING, INC.** and **DAVID JEFFERY DAHL,** | § § § § § § | |
| Defendants. | § | |

___

**ORDER GRANTING ATLANTIC CASUALTY INSURANCE COMPANY'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT**
___

Upon review of Atlantic Casualty Insurance Company's unopposed motion for leave to amend the complaint (Dkt. 13) filed on December 9, 2010, it is

ORDERED that the motion is granted. Atlantic Casualty Insurance Company's Amended Complaint (Dkt. 13-4) attached to the motion is accepted for filing.

Signed this 10th day of December , 2010.

s/Richard P. Matsch

_____
RICHARD P. MATSCH
U.S. DISTRICT JUDGE