IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01831-RPM

ATLANTIC CASUALTY INSURANCE COMPANY,

     Plaintiff,

v.

DARYL BYERLY,
ADVANCE CONSTRUCTION AND ROOFING, INC., and
DAVID JEFFERY DAHL,

     Defendants.

ORDER SETTING SCHEDULING CONFERENCE

     Pursuant to D.C.COLO.LCivR 16, it is

     ORDERED that a scheduling conference will be held on **April 19, 2011, at 11:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on April 14, 2011.** The conference is conducted with lead counsel present in person. No parties or representatives of parties will be permitted to attend.

     Dated: February 24th, 2011

                                                    BY THE COURT:

                                                    s/Richard P. Matsch

                                                    Richard P. Matsch, Senior District Judge