## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF COLORADO

Civil Action No. 10-cv-01831-RPM

ATLANTIC CASUALTY INSURANCE COMPANY

      Plaintiff,

v.

DARYL BYERLY,
ADVANCE CONSTRUCTION AND ROOFING, INC., AND
DAVID JEFFREY DAHL,

      Defendants.

_____

### *ORDER REGARDING*
### DEFENDANT DARYL BYERLY'S AND DEFENDANT ADVANCE CONSTRUCTION AND ROOFING, INC.'S MOTION TO SET ASIDE ENTRY OF DEFAULT PURSUANT TO FED. R. CIV. P. 55(C) AND MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT
_____

Upon consideration of Defendants Daryl Byerly's and Advance Construction and Roofing, Inc.'s Motion to Set Aside Entry of Default Pursuant to Fed. R. Civ. P. 55(c) and Motion for Extension of Time to Respond to Amended Complaint [26] filed February 24, 2011, it is

ORDERED that the motion is granted and Clerk's Entry of Default entered February 24, 2011, against Defendants Daryl Byerly and Advance Construction and Roofing, Inc., is hereby set aside and vacated.  It is

FURTHER ORDERED that Defendants Byerly and Advance Construction and Roofing, Inc., shall respond to the Amended Complaint on or before March 17, 2011.

2

Dated this 25th day of February, 2011.

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge