# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

| | |
|---|---|
| Date: | April 19, 2011 |
| Courtroom Deputy: | J. Chris Smith |
| FTR Technician: | Kathy Terasaki |

_____

Civil Action No. 10-cv-01831-RPM

| | |
|---|---|
| ATLANTIC CASUALTY INSURANCE COMPANY, | Christina B. McGarr |
| | Camille Johnson |
| Plaintiff, | |
| v. | |
| DARYL BYERLY, | W. Andrew Figel |
| ADVANCE CONSTRUCTION AND ROOFING, INC. and | Matthew R. Giacomini |
| DAVID JEFFERY DAHL, | Jennifer Sprangers |
| Defendants. | |

_____

## COURTROOM MINUTES
_____

**Scheduling Conference**

**11:32 a.m.**      **Court in session.**

Discussion regarding case facts, underlying action and policy coverage (exclusions).

Argument by counsel on defendants' motion to stay.

Counsel state the state court action is scheduled for trial August 15, 2011.

**ORDERED:**   **Defendants Daryl Byerly's and Advance Construction and Roofing, Inc.'s Motion to Stay Proceedings, filed April 13, 2011 [36], is granted.**

**ORDERED:**   **No scheduling order entered**.

**11:45 a.m.**      **Court in recess.**

Hearing concluded.  Total time: 13  min.