IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01831-RPM

ATLANTIC CASUALTY INSURANCE COMPANY,

      Plaintiff,

v.

DARYL BYERLY,
ADVANCE CONSTRUCTION AND ROOFING, INC., and
DAVID JEFFERY DAHL,

      Defendants.

## STAY ORDER

Pursuant to the hearing on the motion to stay proceedings today, it is

ORDERED that the proceedings in this case are stayed pending disposition of the underlying state court action.

Dated:   April 19th,  2011

BY THE COURT:

s/Richard P. Matsch

Richard P. Matsch, Senior District Judge