IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01831-RPM

ATLANTIC CASUALTY INSURANCE COMPANY,

    Plaintiff,

v.

DARYL BYERLY,
ADVANCE CONSTRUCTION AND ROOFING, INC., and
DAVID JEFFERY DAHL,

    Defendants.

## ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to the notice of dismissal with prejudice [39] filed by the parties on September 14, 2011, it is

ORDERED that this action is dismissed with prejudice.

Dated: September 15th, 2011

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          Richard P. Matsch, Senior District Judge